

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 27, 2020

**By Email**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    **Re:**    *United States v. Kareem Grant et al.*, 20 Mag. 8508

Dear Judge McCarthy,

    In light of the arrests of each of the defendants in the above-titled matter, the Government respectfully requests that the complaint be unsealed.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By: _____
    Nicholas S. Bradley
    Assistant United States Attorney
    (914) 993-1962

**SO ORDERED:**

_____  8-27-2020
JUDITH C. McCARTHY
United States Magistrate Judge