UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

[signature]    Defendant(s).
-------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

-CR-  ( )( )

20 Mag 8508

Defendant _Kareem Grant_ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓   Initial Appearance Before a Judicial Officer

✓   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓   Bail/Detention Hearing

✓   Conference Before a Judicial Officer

_____  
Defendant's Signature  
(Judge may obtain verbal consent on Record and Sign for Defendant)

Kareem Grant  
Print Defendant's Name

s/ Deveraux Cannick (by JCM)  
Defendant's Counsel's Signature

Deveraux Cannick  
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

08/27/20  
Date

Judith C. McCarthy  
U.S. District Judge/U.S. Magistrate Judge